**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GOLO, LLC | : Civil Action |
| Plaintiff, | : No. 2:17-cv-02714-GAM |
| v. | : |
| HIGHYA, LLC; BRIGHTREVIEWS, LLC; DMITRY OZIK; and VLADIMIR RAPPAPORT, | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants HighYa, LLC, BrightReviews, LLC, Dmitry Ozik, and Vladimir Rappaport in the above-captioned matter.

Dated: June 30, 2017

                                LEVINE SULLIVAN KOCH & SCHULZ, LLP

                                By:  /s/ *Paul J. Safier*

                                    Paul J. Safier
                                    psafier@lskslaw.com
                                    1760 Market Street, Suite 1001
                                    Philadelphia, Pennsylvania 19103
                                    Tel: (215) 988-9778
                                    Fax: (215) 988-9750

                                    *Attorney for Defendants HighYa, LLC,*
                                    *BrightReviews, LLC, Dmitry Ozik, and*
                                    *Vladimir Rappaport*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copy of the foregoing Entry of Appearance, to be served via the court's ECF system upon:

M. Kelly Tillery
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4401
Fax: (215) 981-4750

*Attorney for Plaintiff GOLO, LLC*

/s/ *Paul J. Safier*