## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

GOLO, LLC                :
                                    :
                  Plaintiff,        :    NO. 2:17-cv-02714-GAM
                                      :
             v.                          :
                                    :
HIGHYA, LLC; and BRIGHTREVIEWS,    :
LLC,                                  :
                                    :
               Defendants.      :
                                    :

## AMENDED COMPLAINT

Plaintiff GOLO, LLC ("GOLO"), by and through its undersigned counsel, Pepper Hamilton LLP, hereby files this Amended Complaint against Defendants HighYa, LLC ("HighYa"), and BrightReviews, LLC ("BrightReviews") (collectively, "Defendants"), and in support thereof avers as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and under the Lanham Act, 15 U.S.C. § 1121.

2.      This Court has personal jurisdiction over Defendants because Defendants transact business, contract to supply things, and/or cause harm and tortious injury in the Commonwealth of Pennsylvania. Defendants have purposefully availed themselves of the laws of Pennsylvania and engage in continuous and systematic conduct in Pennsylvania and this judicial district.

3.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

## PARTIES

4.      GOLO is a corporation organized under the laws of the state of Delaware with a principal place of business located at 630 Churchmans Road, Suite 200, Newark, Delaware 19702.

5.      HighYa is a limited liability corporation organized under the laws of the state of Washington, with a principal place of business at 2620 Bellevue Way Northeast, #135, Bellevue, Washington 98004.

6.      BrightReviews is a limited liability corporation organized under the laws of the state of Washington, with a principal place of business at 2620 Bellevue Way Northeast, #135, Bellevue, Washington 98004.

## FACTUAL BACKGROUND

### GOLO, LLC

7.      GOLO owns and sells GOLO®, a leading weight loss and wellness program that aids people all over the world in achieving their weight loss goals in a sustainable and healthy manner. (*See* www.golo.com.)

8.      GOLO is the owner of a series of registered trademarks that include the term "GOLO" and relate to the GOLO program.

9.      GOLO was the top-searched diet on Google in 2016. (*See* https://www.google.com/trends/yis/2016/US?hl=en.)

10.     The GOLO program promotes weight loss with a three-tier solution of dietary modification, lifestyle change that recommends regular exercise, and nutraceutical supplementation that helps dieters lose weight without excessively cutting calories and/or compromising their health.

2

11.     The GOLO program includes: (1) the Release™ supplement; (2) the Metabolic Fuel Matrix™; and (3) the Truth and Change™ booklet and other behavioral tools. (*Id.*) GOLO is designed to promote steady weight loss; while individual results may vary, GOLO customers can expect to lose an average of 1-2 pounds per week, which has long been regarded as a healthy and sustainable weight loss goal to minimize muscle loss.

12.     The Release supplement contains a proprietary blend of ingredients that work in conjunction with the Metabolic Fuel Matrix to help manage glucose, insulin, and stress, in order to promote steady and sustainable weight loss and minimize or eliminate muscle loss during the weight loss regimen.

13.     The Metabolic Fuel Matrix employs a meal plan that utilizes a Fuel Index system created by GOLO that is designed to estimate the right amount of food for a customer based on the customer's gender, age, BMI, and lifestyle activity before exercise.  The meal plan is based on sound, balanced meals and snacks.  A GOLO customer's typical daily intake ranges from 1300-1500 calories, before exercise, which is a higher amount than conventional diets or self-dieting strategies that usually keep the dieter's intake below 1200 calories per day.   GOLO also promotes additional caloric intake when customers complete daily exercise, in order to prevent customers from creating an excessive caloric deficit state or exercise induced muscle loss.

14.     GOLO promotes lifestyle behavioral change by providing users with several tools to help adjust their eating habits, address stress and emotional eating, shop healthier, and exercise more.

15.     The GOLO Rescue Plan Kit currently includes: the GOLO Quick Start Guide; Rescue Plan™; Creating Matrix Meals™; Truth & Change™; the Release supplement; and a free myGOLO.com membership.  Members can choose additional Release bottles at the time of

order or later via the myGOLO™ free membership site.  Customers do not pay for shipping as part of the GOLO program.

16.     The myGOLO.com membership provides health information, tracking, recipes, meal plans, and support.

17.     GOLO offers a 60-day money back guarantee to its members from the time they receive the product.

18.     GOLO has earned rave reviews from its members, many of whom credit GOLO with being the catalyst for sustainable weight loss, long-lasting dietary changes, and overall improved health.  (*See* https://golo.com (providing numerous member reviews of GOLO).) GOLO states on its website that the highlighted results may not be typical and each person's results may vary.  (*Id.*)

19.     GOLO is endorsed and even used by multiple doctors, many of whom share their professional opinions of GOLO on GOLO's website.  (*See id.*)

20.     GOLO's website identifies the "GOLO Developers" and "Customer Support Team," and outlines their mission: "to empower others to become better informed, more self-reliant and motivated to take control of their weight and adopt a healthy lifestyle that will help them achieve a better quality of life."  (https://www.golo.com/how-golo-works-s.)

21.     GOLO conducted several trials between 2009 and 2014 in South Africa and the United States to determine the efficacy and safety of its three-tier solution.  (*See id.*)  These studies demonstrated average weight loss of 20.6 pounds within the first 90 days of the program, 37.4 pounds after 26 weeks, and 48.6 pounds after one year.  (*See id.*)

22.     GOLO's products are sold exclusively through its website and customer service department; GOLO does not have traditional, brick-and-mortar stores, and it does not process orders by phone through a third-party call center.

23.     GOLO keeps careful track of the amount of web traffic its website receives; among other things, GOLO records and analyzes the number of unique visitors to its website, the amount of organic internet traffic its website receives (i.e., the number of visitors who arrive at the website by searching for the term "GOLO" on Google, Bing, or Yahoo, and not simply by typing GOLO's url address into their browser), and the percentage of visitors who "click through" and purchase GOLO's products and/or services from the website.

24.     GOLO drives traffic to its website through television, radio, print, and digital marketing.

25.     While the numbers vary by season, GOLO's website receives an average of roughly 500,000 visitors per month.  Of those visitors: approximately thirty percent (30%) have arrived organically (i.e., through a web search); and roughly four percent (4%) purchased one or more of GOLO's products, spending an average of $75.00.

26.     As reflected above, every visitor to GOLO's website (a "hit" or "click") represents real monetary value to GOLO.

### HIGHYA AND BRIGHTREVIEWS

27.     HighYa and BrightReviews are related companies that each maintain so-called "review" websites.

28.     HighYa specifically defines itself as an "online community that's revolutionizing how consumers research products" and a place that allows readers to "[l]earn facts about companies and their products & services; [r]ead product reviews from real consumers just like

5

you; [e]ducate yourself through our articles," and "avoid scams."
(http://www.highya.com/about-highya.)

29.     On the same page, HighYa claims further that:

> We're the folks that hope to help provide you with factual editorial
> reviews compiled through publicly available information into a
> single article about many of the most popular products and services
> available today. In other words, we try to help you cut through all
> the marketing hype by gathering information from a wide variety
> of sources, bringing it together ... and answering the ever-present
> question: Is this is a scam, or is it legit?

(*Id.*)

30.     Finally, HighYa also states that:

> ... we're ... a place where companies can talk with their customers.
> We understand that many business are legit, and are just trying to
> share their passion with the world (much like HighYa). But
> sometimes they make mistakes, and we provide the perfect outlet
> for them to solve problems and better their products using
> feedback directly from their customers."

(*Id.*)

31.     HighYa's website contains purported "reviews" for products in many categories,
including business, education and learning, entertainment, finance, health and beauty, home and
garden, internet and marketing, products and services, software, technology, and travel and
vacation. (*See* http://www.highya.com/ at "Review Categories".)

32.     HighYa identifies the "goals" for "HighYa reviews" as follows: "To help people
find trustworthy companies, software, products, and services; To provide readers with useful tips
and to highlight important features; To report scams and other fraudulent activity; To build a
community." (http://www.highya.com/about-highya/review-guidelines.)

33.     HighYa provides information about how to write a "great review," such as:

- Providing a personal experience / Telling your story

6

- Truthful accounts based on factual information

- Detail, detail, detail

- Written with the goal of providing helpful and relevant information

- Passion about the topic. (But please, refrain from profanity and hatefulness).

- Well-formatted. Lengthy reviews are good, but remember to use multiple paragraphs to improve readability.

- Free of spelling and grammatical errors

- Avoid bad habits such as writing in all caps and using excessive exclamation marks.

(*Id.*)

34.    HighYa identifies the following as components of a "poor review":

- Profanity, hate speech, threats, etc. These will not be tolerated.

- Plagiarism. Under no circumstances should reviews from other websites be copied.

- Self-promotion. Do not write reviews about your own business.

- Exaggeration, or 'stretching the truth.' Just stick to the facts.

- Companies or hired third parties posting as consumers to artificially boost their overall rating on HighYa

(*Id.*)

35.    Before posting a "review," HighYa requires that a consumer click a "Post Your Review" button confirming that they are a "real customer who has used [the] product and/or service who is solely expressing real experience and interaction with no ulterior motives and not affiliated with the company in any way." (*Id.*)

7

36.     On information and belief, the "Post Your Review" button described in Paragraph 35 is the *only* way HighYa "verifies" a consumer "review"; HighYa does *nothing* else to confirm that the purported consumer is a "real customer," who purchased and used the product and/or service, and is not a GOLO competitor or other with "ulterior motives" or an improper affiliation.

37.     HighYa only *sometimes* "removes reviews" from its website; however, a "review" may be removed if it does not comply with [HighYa's] guidelines." For example:

> [I]f [the review] is proven to be exaggerated or untrue, contains plagiarism, appears to be fake/spammy, and/or is not relevant to the topic . . . [or] if a consumer who at an earlier point left a negative review on HighYa was able to successfully resolve his or her issue and/or dispute afterwards with the company, and attempts to contact us in order to accurately update it, we will certainly be in favor of modifying accordingly . . . Finally, in certain instances, if we do discover at a later point that a certain review we've already published actually turns out to be non-genuine and non-truthful, we do reserve the right to remove it from our website."

(*Id.*)

38.     HighYa also claims to "review every single review and comment submitted to the website," and to "*sometimes*" "edit any reviews or comments before publishing," but states that HighYa "never ... change[s] ones [sic] opinion or nature of review." (*Id.*)

39.     HighYa "reserve[s] the right to not publish certain reviews and comments ... if they don't comply with [HighYa's] review guidelines." (*Id.*)

40.     More specifically, HighYa states that a "review" might not be published if the consumer has not "used and/or submitted purchase orders for" the products or services, if the reviews and comments are "irrelevant," or if the poster is merely "posing" as a consumer or hiring third parties to do so. (*Id.*)

8

41. However, HighYa simultaneously maintains that comments "are the dialogue beneath each review on every product page" and states that HighYa does "not require that the commenters have [used] the product or service since the actual comment will not affect the overall rating of the current product." (*Id.*)

42. If a negative "review" is posted about a company on the HighYa website, HighYa states that a company "can sign up for our business for HighYa profile which will give you the ability to receive instant alerts on any new reviews/comments that enter for your product/service. Next, you'll be able to respond as an official verified company rep and the user will be alerted. Through this method, you will have the opportunity to resolve/dispute any negative reviews the right way." (*Id.*)

43. On information and belief, HighYa's "business for HighYa profile" is merely a ploy to create dialogue with the companies whose products are "reviewed" on HighYa's website, as well as a false perception that HighYa's "reviews" are somehow actually legitimate or scientific.

44. HighYa maintains multiple social media accounts, including Twitter, Facebook, and YouTube pages, and regularly posts links to its website from those pages, and its "reviews" of (among other things) diet and weight-loss related products and services. (*See, e.g.,* https://www.facebook.com/highyareviews/.)

45. Finally, HighYa discloses on another of its website pages that it has "included advertisement units provided by Google AdSense and Media.net" as well as "affiliate links" on its website "[t]o help [HighYa] cover some of the costs ...." More specifically, HighYa claims that it "earns a commission through affiliate sales" of the Bowflex Max Trainer and additional amounts when visitors "voluntarily click" on the advertisements on its website.

(http://www.highya.com/advertiser-disclosure.)

46.    Similarly, BrightReviews describes its website as a "small team of visionaries concerned for the well-being of [the website's] visitors"; the "As Seen on TV Reviews & Infomercial Scam Busterz," who will "switch on the (proverbial) light" for readers, and show them "what's good and what's a scam."   (http://www.brightreviews.com/about-brightreviews; *see also* http://www.brightreviews.com/.)

47.    BrightReviews claims that it is "not affiliated with any brand or product," does not "get a commission on any sales," is not "a front for any organization," and thus, that it "cut[s] to the chase and eliminate[s] all B.S." in its "reviews" of various "As Seen on TV" products. (*Id.*; *see also* http://www.brightreviews.com/about-brightreviews.)

48.    Like HighYa, BrightReviews provides purported "reviews" of a wide range of products (including "beauty," "home & garden," "business & finance," "kitchenware," and "health & fitness").   In fact, BrightReviews states that "[a]ny product or service" can be "reviewed" on its website.

49.    Also like HighYa, BrightReviews solicits "reviews" from readers or users, and allows those readers or users to post their "reviews" at the bottom of larger, supposedly more comprehensive "reviews" of the product at issue.   Those larger "reviews" are authored by BrightReviews, and purportedly based on BrightReviews' "review" of "third party sources and publicly available information," but *not* on BrightReviews' actual use, testing, or analysis of the product. (*See* http://www.brightreviews.com/review-guidelines.)

50.    BrightReviews also allows readers or users to "rate" the products used on a scale of 1 to 5 "stars" (with 1 meaning a "really bad experience" and 5 meaning "Great Product! I recommend it!").

10

51.     BrightReviews provides many of the same "guidelines" that HighYa does for user-submitted comments or "reviews," including that the user must "have used the product at some point or at least placed the order and have some kind of customer service, billing and/or shipping encounter," and claims that its "staff reviews every review that comes in ...using an undisclosed proprietary process to help validate the authenticity of the review." (*Id.*)

52.     On information and belief, the *only* way BrightReviews actually attempts to verify the authenticity of a user comment or "review" is by forcing the user to check a box (stating that he or she is "a real customer who used this product or service expressing my real experience and not an employee of this company") before posting his or her comment or "review."

53.     On information and belief, BrightReviews does *nothing else* to verify that the purported consumer is a "real customer," who purchased and used the product and/or service, and is not a GOLO competitor or other with "ulterior motives" or an improper affiliation.

54.     BrightReviews claims that it makes money only through advertisements on its website. (*Id.*)  BrightReviews explains further that it earns a certain "amount" each time a user clicks on the advertisements displayed on its website. (*Id.*)

55.     Like HighYa, BrightReviews maintains active Facebook, Twitter, Google+ and other social media accounts, which post links to the latest "reviews" on its website.

11

## THE FAKE "REVIEW" BUSINESS

56.     On information and belief, neither HighYa nor BrightReviews is actually an independent, authoritative review website. To the contrary, they are both shams: fake "review" websites by which their owners and operators promote products, receive advertising revenue, and generate income through website hits, clicks, and/or traffic.

57.     Such fake "review" websites are increasingly common, highly lucrative for their owners, and harmful to the public. *See, generally*, https://www.inc.com/logan-chierotti/not-even-amazon-or-alibaba-can-protect-consumers-f.html (last visited Sept. 11, 2017).

58.     Such fake "review" websites are designed to appear trustworthy; to resemble internet versions of more traditional consumer review publications.   They generally claim to have some special expertise and a staff of knowledgeable authors or contributors and a detailed familiarity with the products or services they "review."   They also generally purport to synthesize comments and "reviews" from supposedly unbiased "users."

59.     But such fake "review" websites are actually frauds: they do not perform any of the analysis typical of a genuine consumer review publication.   They rarely, if ever, have experts in the field on staff; do not perform tests or studies on the "reviewed" products or services; and usually do not even purchase the "reviewed" products or services.

60.     Instead, such fake "review" websites craft "reviews" that are: meant only to further their owners' agendas; followed by bogus comments or ratings from fake "users"; and surrounded by links and advertisements to products or services that compete with the product or service described in the "review."

61.     These fake "review" websites generate significant amounts of revenue for their owners.

62.     The fake "review" websites' owners – who often shield their identity by, among other things, registering the websites' domain names with a third-party – are the manufacturers, distributors, and/or sellers of competing products or services, and/or receive financial compensation from competing products or services that advertise on or are affiliated with the fake "review" websites.

63.     As a result of the above-described hidden connections to competing products or services, the fake "review" websites deliberately attempt to bolster their products or services, and diminish other products and services they are not affiliated with, through their "reviews."

64.     In addition to advertising or sales revenue from competing products or services, these fake "review" websites also generate revenue based solely on the number of visitors their websites receive, and the number of times said visitors view and/or click the advertisements on said websites.

65.     To enhance the visibility of their websites and "reviews," and increase their revenue streams, these fake "review" websites typically buy advertisements from search engines (like Google, Bing, and Yahoo!) and engage in other search-engine optimization techniques ("SEOs"). These advertisements (like Google's AdWords program) and other SEOs manipulate internet users' search results, so that when they search for a certain product on the internet, the fake "review" website and its "review" of that product appear at or near the top of the search results.

66.     As a result of the above-described practices, these fake "review" websites receive substantial amounts of internet traffic, including from unsuspecting consumers who read and rely upon the fake "reviews" before making purchasing decisions.

13

67.     By pretending to be legitimate review websites, and deceiving consumers into reading and relying upon fake "reviews," these fake "review" websites harm not only the businesses, products, and services they defame, but also the larger public that increasingly makes purchases and performs research online, and, particularly, those consumers who make health and dietary-related purchasing decisions based on such fake "reviews."

## THE GOLO "REVIEWS"

68.     In or about March 2016, HighYa's website published an article which purported to describe and "review" the GOLO program.  A true and correct copy of that article is attached hereto as Exhibit A.

69.     At the bottom of the article and "review," there were dozens of comments from purported users of the GOLO program.  (*See id.*)

70.     Those comments purport to show an "Average Customer Rating" of 2.8 (out of 5) stars.  (*Id.*)

71.     On information and belief, HighYa posted links to that "review" of the GOLO program on its social media sites, and, in so doing, authored and published and/or re-published false, misleading, or defamatory headlines for or descriptions of the "review" to encourage readers or users to click on the links, and thus be exposed to advertisements for which HighYa receives substantial compensation.

72.     For example, on April 27, 2016, HighYa posted the following to its Twitter account:     "Weight-loss #scams are everywhere.     Is   GOLO   one   of   them?" (https://twitter.com/HighYaReviews/status/725389081656614912), clearly suggesting, falsely, that GOLO is a "scam."

14

73.     Beginning in July 2016, representatives from GOLO began corresponding with representatives from HighYa requesting that HighYa remedy the incorrect, false, and misleading information about GOLO on the HighYa website.

74.     These discussions continued over the course of several months as GOLO's representatives attempted to respond to the false, misleading, and inaccurate comments on the GOLO "review" page on the HighYa website.

75.     In January 2017, GOLO's representative, Eden Covington, informed HighYa and its representative, Derek Lakin, that the title heading of HighYa's GOLO "review" at the time – "GOLO Weight Loss Diet Reviews – Is it a Scam or Legit?" – was misleading, and requested that HighYa changed the title to: "GOLO Weight Loss Diet Reviews – Does it really work?" (Ex. B, hereto.)

76.     During the January 31, 2017 correspondence, Ms. Covington also informed HighYa that the information contained in HighYa's "review" was based on a very "old version of [the GOLO] site," and that much of the information contained therein was consequently incorrect. (*Id.*)

77.     For example, HighYa's "review" identified the focus of GOLO's program was combatting "insulin resistance." (*Id.*) While GOLO identifies the importance of insulin, the program does *not* and *never* has focused on "insulin resistance."

78.     Having received no response, Ms. Covington emailed HighYa's representatives again on February 14, 2017, seeking to have the incorrect information concerning GOLO addressed. (*See id.*)

79.     HighYa did not respond to Ms. Covington's January 31 and February 14 emails until February 16, 2017. (*See id.*)

80.     Between February 16, 2017 and February 28, 2017, Ms. Covington and the representative from HighYa (Mr. Lakin), spoke on the telephone on two separate occasions concerning proposed changes to the incorrect information related to GOLO on the HighYa website.

81.     The HighYa "review" of GOLO, however, was *not* substantially changed in response to the above-described communications.

82.     However, after multiple discussions and communications between outside counsel, HighYa agreed to, and did in fact, finally remove the false, misleading and offending portions of the article and "review" from its website and social media platforms.

83.     Nonetheless, the preceding version of HighYa's GOLO "review" were posted to its website for a year.

84.     Upon information and belief, no one at HighYa, including whomever authored the "review" of GOLO, ever purchased or used the GOLO product.

85.     In or about January 2017, BrightReviews *also* posted a lengthy "review" of GOLO. A true and correct copy of that "review," as originally published to and subsequently removed from http://www.brightreviews.com/golo-weight-loss-diet-reviews#write-a-review, is attached hereto as Exhibit C.

86.     As with the HighYa GOLO "review," there were a series of "user comments" at the bottom of the BrightReviews GOLO "review," which collectively gave GOLO a rating of 2 out of 5 stars.   Three of the four purported users gave highly negative "reviews"; one even claimed that he "tried Golo" and "instead of losing weight, [he] gained 30 lbs, and [his] blood sugar number went up 25 points."   (*Id.*)

87.    As with the original HighYa GOLO "review," the BrightReviews GOLO "review" was replete with inaccuracies, misleading statements, and blatant falsehoods.

88.    For example, the BrightReviews GOLO "Review" falsely stated that:

- "The 2010 study [was] performed with diabetics, not otherwise healthy individuals looking optimize insulin ... [T]his seems to be their target market";

- "None of [GOLO's] studies appear to be peer reviewed for accuracy ..."; and

- "[W]e didn't encounter any clinical evidence on leading medical websites ... that directly linked insulin management ... and weight loss."

(*Id.*)

89.    In truth, the 2010 study was performed on *non*-diabetics as well; diabetics are *not* GOLO's "target market"; many studies of the ingredients in GOLO's Release™ supplement have been peer reviewed; *and* there is significant clinical evidence linking insulin management and weight loss.

90.    On information and belief, BrightReviews posted links to its GOLO "review" on its social media sites, and, in so doing, published and/or re-published false, misleading, or defamatory headlines for or descriptions of the "review" to encourage readers or users to click on the links.

91.    On or about June 7, 2017, BrightReviews took its GOLO "review" down from its website.  The above-copied link to that "review" now takes the user to a page that simply says "Whoops ... Page not found ... Try checking the url for errors or use our awesome site search below."  Now, when a user searches BrightReviews' website for the term "GOLO," there are *no* results.

**DEFENDANTS' DIVERSION OF ORGANIC INTERNET TRAFFIC FROM GOLO**

92.    On information and belief, HighYa and BrightReviews work or have worked together to redirect GOLO's potential and existing customers to their respective websites through various SEOs, including the use of Google's AdWords program, or similar Bing and/or Yahoo programs.

93.    On information and belief, HighYa and BrightReviews purchase online advertisements through Google's AdWords program, or similar Bing and/or Yahoo programs, including advertisements that are based upon, or incorporate, the trademarked term GOLO® which accordingly manipulate the user's search results in Google.

94.    As a result of these advertisement purchases and other SEOs, when a user searches Google, Bing, or Yahoo for "GOLO," HighYa and BrightReviews' bogus "reviews" of GOLO (and the negative "star ratings" each website provides or provided for GOLO) appear (or did appear) with the corresponding URL address on the first page of search results.

95.    On information and belief, HighYa and BrightReviews' use of the above-described SEOs has redirected and/or continues to redirect potential and existing GOLO customers to their respective websites, and to the products, programs, and plans those websites "review" more positively, link to, and/or promote, and has resulted in GOLO's loss of substantial revenue and goodwill.

96.    On information and belief, HighYa and BrightReviews receive or have received significant financial benefits from their use of the above-described SEOs, and the resulting redirection of potential and existing GOLO customers to their respective websites, including, but not limited to, additional advertisement revenue generated from or by those users' visits to HighYa and BrightReviews' websites.

## THE EFFECTS OF DEFENDANTS' CONDUCT ON GOLO

97.    As a result of the above-described "reviews" of GOLO and the SEOs related to GOLO, Defendants, like other fake "review" businesses that GOLO has confronted, have directly damaged GOLO.

98.    On information and belief, Defendants' "reviews" of GOLO and/or use of SEOs related to GOLO have caused thousands of potential GOLO customers not to visit GOLO's website or purchase GOLO's products.  The exact number and identities of those customers can be determined through the Google analytics for Defendants' websites and other discovery regarding the IP addresses of the visitors to Defendants' websites.

99.    On information and belief, Defendants' "reviews" of GOLO and/or use of SEOs related to GOLO have caused existing GOLO customers to cancel or not continue to purchase GOLO's products.  The exact number and identities of those customers can be determined through the Google analytics for Defendants' websites and other discovery regarding the IP addresses of the visitors to Defendants' websites.

100.    Defendants' "reviews" of GOLO and/or use of SEOs related to GOLO have caused GOLO to expend significant resources and money on corrective advertising and other means of lessening the impact of Defendants' conduct.

101.    Defendants' "reviews" of GOLO and/or use of SEOs related to GOLO have directly tarnished GOLO's brand, mark, and goodwill.

## COUNT I
## UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM ACT, 15 U.S.C. § 1125 *et seq.*, AS TO THE GOLO "REVIEWS"

102.    GOLO incorporates the preceding paragraphs as though fully set forth herein.

103.    Defendants are in competition with GOLO for internet traffic and/or website clicks or hits, and the monetary value derived from such traffic, clicks, or hits, and Defendants use GOLO's name and mark to attract consumers to their websites and the products with which they are affiliated.

104.    Defendants' incorrect and misleading descriptions of their websites as purportedly independent, objective, and authoritative "review" sites are false, misleading, deceptive, and likely to influence consumers' web browsing and purchasing decisions.

105.    Defendants' incorrect and misleading "reviews" concerning the GOLO program, as well as their publication of unverified "consumer reviews" and comments, constitute unfair competition and/or false advertising.

106.    In publishing the above-described GOLO "reviews," Defendants are making, or did make, false and misleading statements about GOLO's product, including but not limited to those statements detailed herein.

107.    Defendants' false and misleading statements are or were material, in that they are or were likely to influence customers' purchasing decisions.

108.    Defendants' acts constitute, or did constitute, willful, deliberate, false, and misleading representations of fact as to the nature and characteristics of GOLO's services, in violation of 15 U.S.C. § 1125(a)(1)(B), because Defendants' false and misleading "reviews" are or were intended to divert organic internet traffic from GOLO to Defendants' websites. These false and misleading statements constitute, or did constitute, false advertising and promotion.

109.    GOLO has been and will continue to be injured as a result of Defendants' false statements, either by direct diversion of its internet traffic and sales, the costs to GOLO for corrective advertising to counteract Defendants' misrepresentations, or by a lessening of the goodwill associated with GOLO's goods and services.

110.    As a direct and proximate result of Defendants' unfair competition and false advertising, GOLO has suffered and will continue to suffer monetary damages and irreparable harm.

111.    GOLO is entitled to relief pursuant to 15 U.S.C. § 1125.

**COUNT II**
**UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM ACT,**
**15 U.S.C. § 1125 *et seq.*, AS TO INTERNET TRAFFIC DIVERSION**

112.    GOLO incorporates the preceding paragraphs as though fully set forth herein

113.    Defendants are in competition with GOLO for internet traffic and/or website clicks or hits, and the monetary value derived from such traffic, clicks, or hits, and Defendants use GOLO's name and mark to attract consumers to their websites and the products with which they are affiliated.

114.    Defendants' incorrect and misleading descriptions of their websites as purportedly independent, objective, and authoritative "review" sites are false, misleading, deceptive, and likely to influence consumers' web browsing and purchasing decisions.

115.    Defendants' diversion of GOLO's organic internet traffic and business from GOLO to their "reviews" of GOLO, also constitutes unfair competition and/or false advertising.

116.    By using GOLO's mark in various advertisements and other SEOs to promote and attract consumers to their websites, and, specifically, to the false, misleading GOLO "reviews," and the other products, programs, and plans more favorably "reviewed," promoted, and/or

21

advertised on their websites, Defendants have and continue to make material statements that are or were likely to influence customers' purchasing decisions

117.     GOLO has been and will continue to be injured as a result of Defendants' above-described tactics and conduct, either by the costs to GOLO for corrective advertising to counteract Defendants' tactics and conduct, by a lessening of the goodwill associated with GOLO's goods and services, or by decreased traffic to GOLO's website and resulting purchasing of GOLO's goods and services.

118.     As a direct and proximate result of Defendants' unfair competition and false advertising, GOLO has suffered and will continue to suffer monetary damages and irreparable harm.

119.     GOLO is entitled to relief pursuant to 15 U.S.C. § 1125

## COUNT III
## TRADE LIBEL
## PENNSYLVANIA COMMON LAW

120.     GOLO incorporates the preceding paragraphs as if fully set forth herein.

121.     The above-mentioned statements were published by Defendants on the HighYa and BrightReviews websites, as described above.

122.     The above-mentioned statements were false and defamatory.

123.     At the time they published the above-mentioned statements, Defendants knew that the statements concerning GOLO were totally false or, if not, Defendants' avoidance of the truth was in utter and reckless disregard of their truth or falsity.

124.     Defendants' false and defamatory statements have severely injured GOLO, in that they have tended to blacken and besmirch GOLO's reputation.

125.    Each of the aforementioned defamatory statements was understood by third parties to pertain to, and did defame, GOLO.

126.    Defendants' defamatory publication was so outrageous and malicious as to warrant the imposition of punitive damages.

127.    As a proximate result of Defendants' malicious, intentional, and reckless conduct as set forth above, GOLO is entitled to such damages as will compensate it for the injury to its professional reputation, as well as punitive damages to punish Defendants for their conduct and deter them and others similarly situated for like acts in the future.

**COUNT IV**
**UNFAIR COMPETITION**
**PENNSYLVANIA COMMON LAW**

128.    GOLO incorporates the preceding paragraphs as if fully set forth herein.

129.    Defendants are in competition with GOLO for internet traffic and/or website clicks or hits.

130.    Defendants' incorrect and misleading "reviews" concerning the GOLO program, their publication of unverified "consumer reviews" and comments, and diversion of organic internet traffic, constitute unfair competition under Pennsylvania common law.

131.    Defendants' false and/or misleading descriptions of their websites as independent and/or informational review websites also constitute unfair competition under Pennsylvania common law.

132.    More specifically, Defendants' false and/or misleading descriptions of their websites, and misuse of the GOLO name and trademarks in their incorrect and misleading "reviews" of the GOLO program, their online advertising, and their other SEOs, amount to:

    a.    false description and/or designation of origin with respect to both GOLO and the Defendants' websites and "reviews";

    b.    deceptive marketing to GOLO's commercial detriment; and/or

    c.    an unfair method of competition for internet traffic and/or website clicks or hits.

133.    GOLO has more than a reasonable basis to believe that, as a direct and proximate result of Defendants' unfair competition, GOLO has been injured.

## PRAYER FOR RELIEF

WHEREFORE, GOLO prays for a judgment in its favor and against Defendants on the claims set forth above and requests that this Court award GOLO compensatory and punitive damages, attorneys' fees and costs, and such other and further relief as this Court may deem just and equitable under the circumstances.

M. Kelly Tillery, PA Attorney I.D. 30380
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4401

Adam B. Fischer, PA Attorney I.D. 314548
PEPPER HAMILTON LLP
500 Grant Street
Suite 5000
Pittsburgh, PA 15219-2502
(412) 454-5865

Attorneys for Plaintiff GOLO, LLC

Dated: September 11, 2017

## CERTIFICATE OF SERVICE

I, M. Kelly Tillery, hereby certify that on September 11, 2017, I served the foregoing Amended Complaint upon Defendants' counsel via electronic and United States mail, and that a copy of the same will be made available via the Court's ECF system.

M. Kelly Tillery

EXHIBIT A

## GOLO Reviews ✔

☆ ☆ ☆ ☆ ☆  27 reviews

GOLO is a three-part weight loss program that can help break your insulin resistance, lose belly fat, improve your health, and completely reshape your body.

**Write a Review**

Category: Health & Beauty
Review Topic: Health Products, Weight Loss
Website: www.golo.com




RELATED TO GOLO


South Beach Diet
★ ★ ★ ★ ★
1 review


Nucific Deep Cell Activator
★ ★ ★ ★ ★
2 reviews


AspireAssist
★ ★ ★ ★ ★
1 review


Fake Science & Health News: The Harm it Causes & How You Can Protect Yourself


Are Standing Desks Worth The Hype?

## About GOLO

Developed by New York Times best-selling self-help author Keith Ablow, MD along with a team of doctors, GOLO's 30-Day Rescue Plan is proven to help reverse your insulin resistance, boost your weight loss, reshape your body, get rid of your belly fat, and lower your metabolic age. Not only will this improve your health, but it'll also lower your risk factors for certain diseases.

Whether you'd like to lose 10 pounds or 100, GOLO is customized to address your specific weight loss needs, without constantly counting calories or starving yourself. Simply follow all 3 of the program's components, and you'll find that GOLO is "a healthy, cost-effective way to lose weight," and "the last diet you will ever need."

If you just came from the GOLO website, you might feel a little overwhelmed. After all, the company throws a lot of information at you! But in this review, we'll help you digest everything while taking a hard look at their claims, and give you what you need to make an informed decision.

To begin, let's go into more detail about what the GOLO diet plan involves.

## GOLO's 3-Part Diet Plan

Overall, the GOLO Rescue plan contains 3 main components.

### Release™ Patented Supplements

Softgel supplements made with a blend of organic flaxseed oil and plant ingredients. All you have to do is take one with every meal, and it will help prevent weight gain and support the use of stored fat.

Then, after your insulin has been optimized, you can gradually phase out your use of the supplements. According to the company, "There are over 200 independent studies supporting the effectiveness and safety of the ingredients in the Release supplement." Is this actually the case though? We'll talk more about this shortly.

### Metabolic Fuel Matrix™

These are meal plans based on GOLO's patented Fuel Index, which "measures the metabolic effect of food, so meals are perfectly balanced to maximize energy without spiking insulin or causing fat storage." And compared to other diet programs, you won't experience any food isolation, so you'll be able to dine out and enjoy meals with friends and family.

With this meal plan, you'll also receive a complementary cooking program named Creating Matrix Meals, which can help make preparing meals quickly and easily

### GOLO Roadmap™

This part of the program will help you learn which changes can "have a big impact on your health and metabolism," while helping you identify and overcome obstacles to experiencing real, lasting weight loss. You'll also receive a free 12-month membership on mygolo.com, where you can talk with other members, connect with experts, track your results, and more.

What about exercise? GOLO's Perfect 5 exercise plan "uses a unique combination of dynamic burst and spot training" that can help you achieve results in as little as 5 minutes per day, regardless of your fitness level.

## What Are We Going to Cover In This GOLO Review?

Alright, now that we've covered the basics of the GOLO diet plan, it's time to take a deep dive into their claims. As we mentioned in the intro though, the GOLO website makes a lot of claims and hands you a ton of information. And if we were to address each and every one, this review would quickly turn into a short book.

But we know you're busy, so below, we're going to answer the 4 most important questions surrounding this diet program:

- What is insulin resistance? Does it promote weight gain? How many people are insulin resistant? What are the signs and symptoms?
- What kinds of results can you expect with GOLO's Perfect 5 fitness program? How does GOLO's diet work?
- Do the ingredients contained in GOLO's supplement help boost weight loss (whether by reducing insulin resistance or any other mechanism)?
- Does GOLO have any clinical proof for the efficacy of their program?

So let's dig in (no pun intended), shall we?

## What Is Insulin Resistance? Does It Affect Weight Gain?

Insulin resistance (also known as prediabetes) occurs when "the body produces insulin but does not use it effectively. When people have insulin resistance, glucose builds up in the blood instead of being absorbed by the cells, leading to type 2 diabetes or prediabetes." About 86 million Americans suffer from some form of insulin resistance/prediabetes.

Common signs that you might have prediabetes include increased thirst, frequent urination, fatigue, blurred vision—and yes, an inability to lose weight.

In a nutshell, insulin resistance is generally caused by not getting enough exercise, regularly eating too many calories for your body type, and consuming too many processed carbohydrates. The good news, however, is that for most people, it's completely reversible. How?

Because insulin resistance is directly linked to exercise and nutrition, the best way to normalize your insulin is by eating healthy meals (including proteins, carbohydrates, and fats) and getting plenty of exercise. You should also get plenty of rest, too!

Obviously, GOLO's nutrition program could certainly address many of these concerns (as could just about any healthy eating program), although we're not told exactly what it contains. But what about the exercise program? Will it also help decrease your insulin resistance?

## What Can You Expect From GOLO's Exercise Program?

Just like with their nutrition program, despite all the wordiness on their site, we're told very little usable information about GOLO's exercise program, other than that it utilizes "dynamic burst and spot training." Just what are these, and are they effective for weight loss or normalizing your insulin?

Dynamic burst is just another name for high intensity interval training (HIIT), which involves alternating "between very intense anaerobic periods and slower recovery periods for a shorter, more efficient workout." In some instances, HIIT training involves exercises that last as little as 3 minutes, although there's a great deal of controversy about its effectiveness for fat loss.

But as we mentioned above, any kind of exercise can help reduce your insulin resistant (especially if you've been surfing the couch for years). Just don't expect instantaneous, amazing results from HIIT.

| 1 Tip of a flat belly |
| Cut down a bit of your belly every day by using this 1 weird old tip |
| superfoodmeals.com |

| 4 "Health" Foods to Avoid |
| Say goodbye to gas, bloating, brain fog and stomaches by avoiding these 4 foods |
| Fixit.Thrive |

On the other hand, spot training (also known as spot reduction) claims that "fat can be targeted for reduction from a specific area of the body and that it can be achieved through exercise of specific muscles in the desired area, such as exercising the abdominal muscles in an effort to lose weight in or around one's midsection."

The problem? It's completely false! So don't expect to get any results from it, whether you use it as part of the GOLO program or anything else.

Now, let's move on to the next question: Can the ingredients in GOLO's supplement help you lose weight? You're about to find out…

## What Kind Of Results Can You Expect with the Release™ Supplement?

Here's what the GOLO's Release™ supplement contains:

- Magnesium 60 mg
- Zinc 5 mg
- Magnesium (as magnesium oxide) 30 mg
- Zinc (as zinc oxide) 5 mg
- Chromium (as Chromium Nicotinate Glycinate) 70 mcg
- Proprietary Blend 405mg: Banaba Leaf Extract, Inositol, Rhediola Root Extract, Barberry Bark Extract, Gardenia Fruit Extract, Salacia Bark Extract, Apple Fruit Extract

Other ingredients include organic flaxseed oil, gelatin capsule (gelatin, glycerin, purified water, annatto), yellow beeswax, sunflower lecithin.

According to WebMD, "Early research suggests that consuming salacia tea with each meal might lower hemoglobin A1C (HbA1C) levels in people with type 2 diabetes. HbA1C is a measure of blood sugar control." However, because the salacia in Release is part of a proprietary blend, we can't be sure how much it contains or if it's enough to provide any results.

Outside of salacia though, there isn't enough clinical evidence showing that any of Release's other ingredients will help normalize your insulin levels or help you lose weight in any way.

and their supplement contains mostly ineffective ingredients, let's see what kind of proof the company provides that their program works as advertised.

## Will Golo Release's Ingredients Cause Any Side Effects?

Since most nutritional supplements, Release included, feature GRAS (Generally Recognized as Safe) ingredients, if you experience any side effects at all, they probably won't be worse than mild digestive upset. However, according to WebMD, "Routine zinc supplementation is not recommended without the advice of a healthcare professional."

Also, in rare instances, they note that zinc may cause "mood changes and impaired thinking, judgment, and coordination." However, this is much more common in higher doses (greater than 1,000mcg per day). Gardenia "might work like a laxative and cause diarrhea when taken by mouth."

*Related: Forget Diet Pills - Lose Weight by Changing Your Habits*

For some ingredients, like banaba leaf and barberry, not enough is known about them to understand potential side effects, as well as short or long-term safety. And while clinical studies have shown that short-term rhodiola use is safe, its long-term safety is largely unknown.

## Is GOLO a Clinically Proven Weight Loss Program?

According to the GOLO website:

> "During the last three years, eleven different pilot studies have been conducted on GOLO. All studies were doctor-supervised, with full lipid panel and blood sugar level labs taken at the start, middle, and end of the study.
>
> Trial participants lost an average of 14.5 inches and 2 dress sizes in only 90 days and 23.3 inches and 3.4 dress sizes in 6 months. And unlike conventional dieting the participants did not plateau and lost over 29 inches, 5 dress sizes and 8 pants sizes in 1 year.
>
> Besides weight and inches lost, GOLO trial participants have reported many other benefits including improved health, the reduction and/or elimination of medications, and an improved quality of life. This reduction and/or elimination resulted in significant savings for the GOLO participants."

Is this what real-world customers also experienced with GOLO? We'll get to that in a second, but first, it's important to note that GOLO provides zero evidence to back up these claims. We emailed the company at service@golo.com for additional insight, and will update this review as soon as we receive a response.

| GOLO Study Results | 90 Days |
|---|---|
| Average Weight Loss | 20.6 lbs. |
| % Body Weight Lost | 9.8 % |
| Total Inches Lost | 14.5" |
| Inches Lost Waist | 3.9" |
| Dress Sizes Lost | 2.0" |
| Pant Sizes Lost | 3.0" |
| Metabolic Syndrome Elimination | 65.2% |
| Participants No Longer Pre-diabetic | 47.1% |
| Total Cholesterol Reduction | 9.9% |
| Triglycerides Reduction | 26.2% |
| Glucose Reduction | 6.5% |

According to the GOLO website, their program provides all of these amazing benefits. The proof? The proof? The proof? The proof?

## Details Behind GOLO's Clinical Study

To gain some insight, we emailed the company at service@golo.com for additional information, and received a quick response from one of their support staff.

The 26-week study we received was completed in October 2010, and involved 33 volunteers (11 male and 24 female), all of which were classified as overweight or obese.

In the end, "The 35 subjects (which include the control group results) lost an average of 20.6 pounds in 90 days and 30.9 pounds over 6 months or an average of 1.58 pounds and 1.19 pounds on average per week." Participants also "achieved significant reductions in waist circumference and body size, and lowered their health risk factors."

Therefore, they concluded, "The USA study findings are consistent with previous results achieved in South Africa thereby suggesting that the Program demonstrates

with boosting their insulin production that may have a significant effect at reversal of Metabolic Syndrome and pre-diabetes."

## But is this actually the case? Is GOLO "more effective"?

Most people lose about 1-2 pounds per week with their healthy (i.e. non-crash) diets, which seems in line with what GOLO's study participants experienced. So in this sense, it probably won't help you lose more weight than eating right and exercising regularly.

Also, it's important to mention that, despite the fact that the GOLO program is targeted at those with insulin resistance, the study didn't directly compare the overall weight loss between those with pre-diabetes and those without. As such, we're not sure if GOLO will be more effective for pre-diabetics than other, more traditional weight loss programs.

*See Also: Peloton Cycle Review*

With this said, "After 3 months 47.1% of the subjects (17 subjects or 48%) that were pre-diabetic at the beginning of the study reversed their pre-diabetic status. After 6 months the pre-diabetic status reduced by 70.6%. Fourteen of the USA study participants were on prescription medications at the start of the study. After 6 months 21 prescription medications were eliminated and 6 reduced."

How much will you pay for the GOLO program?

## How Much Will GOLO's Weight Loss Program Cost You?

If you'd still like to purchase GOLO, it'll cost you $59.90. But if you want to try before you buy, you can take advantage of their 40-day trial for $1.

At the end of your trial, you'll be charged the remaining $58.90. But if you're not satisfied during this time, you can call the company at 800-927-1842, return the product, and you'll even get your $1 back.

Unlike a lot of the other nutritional supplements we've reviewed, there aren't any autoship programs associated with GOLO. But you can always purchase a single month of the Release supplement for $29.95, or a 3-month supply for $59.85.

## Will GOLO Help You Lose Weight, Or Is It Just Overpriced Hype?

Here's the bottom line: Will GOLO help normalize your insulin and boost your weight loss? It's possible. But do you know what else will? Speaking with your doctor, who can show you how to eat right to break free from your prediabetes.

Ultimately, we think this would provide much more bang for your buck. After all, that's what we're about here at HighYa!

But in our opinion, based on everything we've covered here—including GOLO's largely ineffective ingredients, (at least one) widely discredited exercise technique, the fact that they don't provide any evidence to back up their claims, and that there weren't any online reviews—we'd definitely recommend approaching with caution



1 Tip of a flat belly

Cut down a bit of your belly every day by using this 1 weird old tip.

supplatburningfit1.com



### Want to Learn Expert Tips for Online Safety?

Join over 2 million HighYa readers who receive weekly how to guides, tips & reviews and get a FREE COPY of our Complete Online Safety e-book. Enter your email below to get started!

Your email here will not be shared.

[Send Me the E-book »]

## 27 Customer Reviews for GOLO

[Write a Review]

Average Customer Rating

2.8
★ ★ ★ ★ ★

Rating Snapshot:
| | |
|---|---|
| 5 stars | 9 |
| 4 stars | 2 |
| 3 stars | 2 |
| 2 stars | 2 |
| 1 stars | 12 |

Bottom Line:

44%
would recommend it to a friend

18 out 19 people found this review helpful

★ ☆ ☆ ☆ ☆

**Disappointed in GOLO**

*By Rebecca Piper Los Angeles, CA  Feb 15, 2017*

I first bought a two-months supply, and then a three-months one, but I saw no
weight loss. The Release supplements did not work the way they advertise, and I
cannot get any money refunded.

**Bottom Line:** No, I would not recommend this to a friend

Help others find the most helpful reviews

Was this review helpful?   [ Yes ]  [ No ]                    ⊙₀ Comments (0)

28 out 29 people found this review helpful

★ ★ ★ ★ ★

**They took my money and never sent me anything.**

*By Gloria O'Dell  Fairview, NM Jan 15, 2017*

As far as I am concerned this is a scam. They took my money, and I never heard from
them again. I should have known better than to send them money, but I have had
diabetes for so long, and I wanted it gone. Shame on me for doing this.

Since I am on a fixed income, I hope after reading this they will refund my money
and stop scamming old people.

**Bottom Line:** No, I would not recommend this to a friend

Help others find the most helpful reviews

Was this review helpful?   [ Yes ]  [ No ]                    ⊙₀ Comments (0)

---

**EC, Customer Service Manager** ✓                              Feb 6, 2017

Gloria,

I am so sorry to hear that you never received your order. I can assure you that if this did
happen, it was a mistake that we would be happy to rectify!

I have checked our system and do not show an order with the name Gloria O'Dell. If you
would be so kind as to call me directly so that I can look up your order, I would be more than
happy to either ship you a new one via USPS Priority Mail to ensure that you get it
immediately, or refund your money if that is what you prefer.

I can be reached at 800-730-4556

Sincerely,

Eden C.

Director of Customer Service

---

*Do you have an account? Log in before commenting.
(If you don't have an account — don't worry, you can create it after!)*

| * Name | Email |
|---|---|
| *Please enter your name* | *You're not able to change your email* |

**\* Your Comment**

*We're on it here-*

[ Post ]

---



**Dr Steven Gundry's surprising
solution to belly bloat**

**[ Watch Now ]**

---

12 out 16 people found this review helpful

★ ★ ★ ★ ★

**Best program!**

*By Dawn Lake Worth, FL  Feb 6, 2017*

I have tried SO many different programs and diets, and nothing has worked. I saw
GOLO advertised on TV, but I thought it was just another gimmick. When my
husband saw it, he researched it and told me to try it.

I did the seven-day kickstart program, and after the week was up, I weighed myself
and just about fell over: I lost eight pounds! I didn't always eat exactly what was in
the kickstart program because I didn't like everything, but I substituted with
something similar. I like how I can have fruit and potatoes, and even bread! I don't
understand the insulin thing, but it's definitely working. I'm not hungry, and I'm not
craving other foods.

I am so happy I found this program!

**Bottom Line:** Yes, I would recommend this to a friend

**EC, Customer Service Manager** ✓                                    Feb 8, 2017

We are so happy to hear that the program is working well for you! Please keep us informed of your progress. Happy GOLOing!

Do you have an account? Log in before commenting
(If you don't have an account – don't worry, you can create it after)

| * Name | Email |
|--------|-------|
| Please type your name | Your email address will be shared |

* Your Comment

Write a comment

[Post]

---

13 out 15 people found this review helpful

★★★★★

### My new way of life
*By Melinda, Los Angeles, CA, Feb 6, 2017*

Prior to GOLO, I have tried everything: shakes, no carb, low carb, dairy free, you name it. I decided to try GOLO because I felt out of control, and I looked like it too.

I took a day or two to go over the meal plans and system and then did my shopping. The food choices are so open. This eating really becomes what you want it to be, with the exception of processed food. The inches came off quicker than the pounds, but at day 55, I had lost 20 lbs and 6 inches off my waist. You will never worry about going hungry, as the food is plentiful. You can still have dairy and bread and lose weight.

I am now down 30 lbs and two pant sizes. This is it for me. The GOLO way of life is mine.

Bottom Line: Yes, I would recommend this to a friend

Help others find the most helpful reviews
Was this review helpful?  [Yes]  [No]                              Comments: 13

---

**EC, Customer Service Manager** ✓                                    Feb 8, 2017

We are so happy to hear that the program is working well for you. Please keep us informed of your progress! Happy GOLOing!

Do you have an account? Log in before commenting
(If you don't have an account – don't worry, you can create it after)

| * Name | Email |
|--------|-------|
| Please type your name | Your email address will not be shared |

* Your Comment

Write a comment

[Post]

---

| 1 | TYPE 2 DIABETES TREATMENT | ▸ |
|---|---|---|
| 2 | BEST WEIGHT LOSS DIETS | ▸ |
| 3 | DIETARY SUPPLEMENTS FOR WEIGHT LOSS | ▸ |
| 4 | LOSE BELLY FAT | ▸ |
| 5 | FLAT BELLY DIET | ▸ |

---

100 out 110 people found this review helpful

★★★★★

### Does it Work?
*By Jeanne, AR, Dec 13, 2016*

I needed something that was safe & didn't make me sick to my stomach taking it. I had tried Metformin (which made my stomach a mess & is no longer prescribed by doctors). I read a review that said Golo was a scam but I'm not one for gossip & figured if none of them died after trying it I'd give it a shot. I used it for 2-3 months then went for a clinical blood test. When the doctor reviewed the blood test she said "Now that's what we like to see! Your A1c is 7." I didn't know anything about A1c but she was happy 'til I told her I wasn't taking any of the sugar meds they had prescribed but was taking Golo. I haven't been trying to lose weight and I haven't been going with any foods I like either. At 73 I want to enjoy my foods before I kick the bucket & this is no scam Folks. This supplement does feed the pancreas & did the job for me. I was diagnosed as a type 2 diabetic at 56. I'm 73 now so if this works for me imagine what it can do for a younger person.

**Bottom Line:** Yes, I would recommend this to a friend.

How does find the most helpful review

Was this review helpful? [Yes] [No]                    💬 Comments (2)

View all 2 comments

EC, Customer Service Manager ✓                          Feb 8, 2017

We are so happy to hear that the program is working well for you! Please keep us informed of your progress. Happy GOLOing.

Do you have an account? Log in before commenting.
(If you don't have an account – don't worry, you can create it after)

**\* Name**                          **Email**

Please enter your name               Your email will never be shared

**\* Your Comment**

Write a comment...

[ Post ]

---

90 out 106 people found this review helpful

☆ ☆ ☆ ☆ ☆

### Still working on it

By Carol Rivera, Topeka, TX Nov 1, 2016

GOLO seems so far to be working for me and I hope that the weight loss is going to work too.

So far I feel good and my body totally feels different and better. I will weigh myself on Sunday, it has been three weeks now so I believe it's time to get on the scale. Ever since I started cooking the meals and eating the breakfast plan I have been noticing and feeling full, not hungry after every meal.

I am a full blown diabetic for 30 years now so my weight has been a challenge with the ups and downs of weight control. Here goes nothing and I am hoping this is my last stop.

**Bottom Line:** Yes, I would recommend this to a friend

Help others find the most helpful reviews
Was this review helpful? [Yes] [No]                    💬 Comments (2)

View all 2 comments...

SC, Customer Service Manager ✓                          Feb 8, 2017

We are so happy to hear that the program is working well for you! Please keep us informed of your progress. Happy GOLOing!

Do you have an account? Log in before commenting.
(If you don't have an account – don't worry, you can create it after)

**\* Name**                          **Email**

Please enter your name               Your email will never be shared

**\* Your Comment**

Write a comment...

[ Post ]

---

142 out 149 people found this review helpful

☆ ☆ ☆ ☆ ☆

### GREAT PLAN, 10 pounds off in 11 days.

By Susan, Lake Wylie, SC Oct 23, 2016

I got my package 11 days ago. I have followed it to the T. I have lost 10 pounds in 11 days. I read every booklet and took everything as exactly as they said. I'm amazed, as nothing else has worked, and I can't afford NutriSystem, and the food on Nutrisystem has horrible ratings. So I couldn't see paying $300 a month, for a bunch of garbage.

You have to do what GOLO says which means NO processed foods. No snacking of any kind. I have eaten WHOLE foods, and just the right amounts. I am not hungry, and I feel great.

Prior, I couldn't even get out of bed in mornings. I'd go back to sleep after I dropped my kids at school. Since I started with GOLO, I only did that 1 time in the last 11 days as I have a lot more energy.

I'm motivated but if you don't do what they say, it isn't going to work. I don't guess. It was a little confusing and overwhelming at first, but I got used to what portions were, and what I could eat out now I'm good.

I stay at home, so I have more time to prepare and work at it. For snacks, I eat a handful of raw almonds or raw pecans and drink only water and follow their matrix structured meals. I don't have many cravings at all for sweets and my scale has been a great motivator. I weigh myself at the same time, right when I get up each morning with no clothes. It's important to weigh yourself at the same time each morning as weight fluctuates during the day. This is the only true way to know if you are gaining or losing weight.

day of exercise. It does work. I take 2 pills with each meal because I have a lot of weight to lose (62 pounds to be exact). Not sure I will get all of it off but I am motivated and I feel so much better. I have high hopes that I can do it now.

The cost of the supplements are not that bad either, and you don't have to take them forever. As for Nutrisystem, as soon as you stop buying/eating their food, boom, the weight is back.

Can you eat bars and drinks for your whole life? I can't. This is real food, so how can you go wrong? Plus it is quite a bit of food I would say. Try GOLO if you are serious about changing your life and committing to what you have to do.

**Bottom Line:** Yes, I would recommend this to a friend

Help others find the most helpful reviews

Was this review helpful? [ Yes ] [ No ]        Comments (0)



### 3 Foods Dietitians Won't Touch

**[ Watch Now ]**

132 out 145 people found this review helpful

★★★★★

### Excellent Program

By Pamela Pittsburg PA, Oct 5, 2016

This is day three of starting and I am already down 3 pounds. I have found with Release my cravings for sweets has diminished. I also find I am not really all that hungry, but I follow the plan for meals anyway. Once you figure out the Matrix, it is very easy to follow. Similar to Weight Watchers only healthier as you make balanced meal choices. It is portion control and you can have desert is you desire, just calculate the meal value. I can even enjoy a glass of wine.

I first saw the ad for this about two months ago and thought this is just another one of those auto ship things. Boy was I wrong. It is so affordable and the best diet you will ever need, as it is lifestyle change eating REAL food. I am pre-diabetic which was concerning me and I did not want to go on insulin. I feel this is a game changer for me and will ward off any future issues with diabetes.

I do wish they would come up with a cookbook. That would be awesome. In the meantime, it is simple enough to figure out meals. I know it says not to lose too fast, so I am guessing it is more water weight at first and will taper off to normal weight loss. I am so glad I took the chance and am very impressed with the materials to get one started.

**Bottom Line:** Yes, I would recommend this to a friend

Help others find the most helpful reviews

Was this review helpful? [ Yes ] [ No ]        Comments (12)

View all 12 comments

EC, Customer Service Manager ✓                              Feb 9, 2017
Demetria R Sherry,

Please visit our website at www.GOLO.com or feel free to give us a call at 800-730-4656

Do you have an account? Log in before commenting.
(If you don't have an account - don't worry, you can create it after)

* Name                          Email
[                      ]         [                      ]

* Your Comment
[                                                        ]

[ Post ]

156 out 186 people found this review helpful

★★★★☆

### Sucker

By Jim Muncy, Herndon VA, Sep 22, 2016

Don't waste your money on this GOLO. There is a diet that you HAVE to follow. The pill does nothing. It's the diet that helps you lose the belly fat and this is not a very good diet. You will lose weight faster and safer on the South Beach Diet and you don't have to waste your money on a worthless pill. I have two bottles I'll give you for free. If this had a zero star I would have checked that instead of a one star.

**Bottom Line:** No, I would not recommend this to a friend

Help others find the most helpful reviews

Was this review helpful? [ Yes ] [ No ]        Comments (0)

EC, Customer Service Manager ✓    Oct 27, 2016

Jim,

I am sorry that you did not have the success you had hoped with GOLO however, I am unable to verify an order for anyone with your name/city in our systems?

Yes, GOLO does come with a meal plan. This is clearly stated on our website. Our diet is based on eating 3 well balanced meals per day consisting of real, whole foods and eliminating processed and packaged foods. Our website also contains information on a study that shows the effectiveness of both the diet and supplement. Our website is www.GOLO.com

*Do you have an account? Log in before commenting.*
*(If you don't have an account – don't worry, you can create it often)*

**\* Name**                          **Email**

[ Please leave your name ]      [ Your email will never be shared ]

**\* Your Comment**

[ Write your comment... ]

[ **Post** ]

---

180 out 200 people found this review helpful

☆ ☆ ☆ ☆ ☆

### GOLO is a lot of work
*By Guy Chw, Novato, CA, Sep 12, 2016*

I am writing this review in the hopes that readers will learn more about my personal experiences with the GOLO plan and hopefully benefit. To begin, I purchased the plan in July of 2016 and received my GOLO "box" toward the end of July. My official "start" date was August 2nd, 2016. My starting weight was 183.5 pounds. I had already lost about 5 pounds from my high of 188 pounds by July 15th. My goal weight is 165 - 170 pounds.

By my simple calculations a GOLO Fuel Point is equal to about 3.12 calories. You can see, for example that two eggs equals 50 GOLO points and when multiplied by 3.12, equals about 156 calories, the standard for two 50 gram eggs. So, when you extrapolate this out further for me, my GOLO daily food allowance is 450 points plus 58 "Fit Points" for walking/jogging for 45 minutes a day. You get a total "Daily Fuel Allowance" of 508 points which, when multiplied by 3.12 you get the caloric equivalent of 1,584 in what I call the "Calorie Fuel Allowance."

GOLO says you can go 10% below or 10% higher than your "Daily Fuel Allowance" which, for me would be between 457 points (1420 calories) and 558 points (1743 calories).

I am 67 years old, 5'10" and I know that my Body Weight Maintenance level is approximately 1500 calories/Day. Theoretically, if I consume less than that I lose weight, and the converse is true also. However, I know positively that the only way I can and do lose weight is by consuming around 1,000 calories (or less) a day. This is because with my Maintenance Level at 1500 calories, I would not and did not lose weight on the GOLO Plan.

But don't get me wrong here. I'm not bashing the GOLO Plan at all. But now, having tried it for 4 weeks, I realized what was going on and I've made adjustments to the plan that are specific to me and only me. I totally agree with all the GOLO "Matrix Meal Plan" and all of the nutritional advice about eating Real Food, etc. That has helped me a lot. But what I've done is just to simply scale back the portion sizes so that my daily caloric equivalent comes out to 1,000 or less per day. At this rate I figure I'm losing 500 calories a day from my maintenance level of 1500, which equates to 500 times 6 = 3,000 less calories a week, which equals one pound. I can see why so many people have failed using the GOLO Plan out of the box and why it has received so many bad to horrible reviews here. I think that this plan would work best for people who are less than 40 and are simply obese or morbidly obese. Do I think that the GOLO support staff could do a better job? Absolutely! But this plan is similar in a lot of ways to Weight Watchers except WW allows you way, way too much food and calories.

One last thing. The special "Release" supplement is no magic pill. I think it does help some with regularity issues associated with just about any "diet" but the truth is you can take a 250mg Magnesium supplement and achieve the same, or better, results and it's a lot cheaper.

Hope this review helps.

**Bottom Line:** Yes, I would recommend this to a friend

Help others find the most helpful reviews
Was this review helpful?  [ Yes ]  [ No ]          💬 Comments (0)



3 Foods Dietitians Won't Touch
[ Watch Now ]

239 out 265 people found this review helpful

⭐️☆☆☆☆

## Not Customer Friendly - Buyer Beware

*By C.Stern, Local Guides, FL · Aug 29 2016*

I purchased the system and then decided to go with another product instead. I had
emailed customer support about returning the item but never heard back from them
By the time I remembered that I had not heard back from them it was just past the
30 day return policy. Once I finally found a phone number to call someone on, they
person reiterated that it was past the 30 day return policy. When I mentioned the
email, they acted like I was not being truthful and even though I told them that I had
not opened any of the bottles and that all of the materials that they send are still in
the original box, they would not accept my return. All this tells me is that this is a
sham of a company. They are not really interested in people, just making a buck.
Okay ... well you got my money this time, but I will never use this program. I am also
letting people know how difficult they are to deal with. Buyer beware is all I can say.

**Bottom Line:** No, I would not recommend this to a friend

Help others find the most helpful reviews.
Was this review helpful?  [ Yes ] [ No ]                    💬 Comments (2)

---

**EC, Customer Service Manager** ✔                           Aug 30, 2016

C. Stern,

When we spoke with you on the phone regarding your return we were unable to locate an
email from you asking for a return. Since we could not find it, we advised you that we would
be more than happy to accept your return and issue you a full refund if you could just
forward us the email that you sent to us before your 30 days was up.

You can find your sent emails in your "sent items" folder in your email account. Again, all you
will need to do is forward this email and we will move forward with your return.

Thank you,

Customer Support

---

Judy Eastham                                                Dec 19, 2016

I'm over 70 years old, and I've done business with a lot of companies in my time. I find that
this company is not interested in the customer satisfaction and apparently doesn't even
display a phone number that is readily available. Therefore I will not order anything from
them.

*Do you have an account? Log In before commenting.*
*(If you don't have an account - don't worry, you can create it after)*

* Name                              Email

[ Put your full proper name ]       [ Your email address will not be shared ]

* Your Comment

[ Write a review, share... ]

[ Post ]

●  1  2                                                     Showing 1-1 of 27



## Write a review for GOLO!

Share your experience to help others avoid
scams & discover great products!

[ Write a Review ]                    [ Subscribe Me » ]

---

🏠 > Health & Beauty > GOLO Reviews

| REVIEW CATEGORIES | ARTICLES & GUIDES | COMMUNITY | COMPANY | FOR BUSINESS OWNERS |
|---|---|---|---|---|
| Business | Beauty | Sign Up | About HighYa | [ SIGN UP ] |
| Education & Learning | Finance | Log In | Blog | Business Log In |
| Entertainment | Health | Add a Product/Service | How HighYa Works | |
| Finance | Holidays | Head Articles & Guides | Contact Us | |
| Health & Beauty | Home & Garden | Browse Review Categories | Privacy Policy | |
| Home & Garden | Scams | Browse Review Topics | Terms & Conditions | |
| Internet & Marketing | Technology | Review Guidelines | Affiliate Disclaimer | |
| Products & Services | Travel & Vacation | Supplement Ingredients | | FOLLOW US |
| Software | | Newsletter | | |
| Technology | | | | 📧 🔗 📘 🐦 ➕ |
| Travel & Vacation | | | | |







### Don't Be Fooled

★ ★ ★ ★ ★
**The Expense That Keeps On Taking ...**

★ ★ ★ ★ ★
**Over the moon!**

★ ★ ☆ ☆ ☆
**Don't waste your money**











EXHIBIT B

**From:**          Derek Lakin <derek.lakin@highya.com>
**Sent:**          Thursday, February 16, 2017 9:42 PM
**To:**            Eden Covington <eden@golo.com>
**Cc:**            Highya.com
**Subject:**       Re: Golo Reviews at HighYa.com

**Follow Up Flag:**    Follow up
**Flag Status:**       Flagged

Hi Eden,

I went through the current GOLO website and compared it with our article, so I'm now at a point where I can begin to update.

Before I do, though, might we hop on a call tomorrow? I'd like to make sure I understand the distinction between addressing insulin resistance and insulin optimization/management, per the website.

I'm in Mountain Time and have most of the day open for calls. Please let me know a time that works for you and I'll get this handled.

Talk soon,

On Tue, Feb 14, 2017 at 3:24 PM, Eden Covington <eden@golo.com> <eden@golo.com> wrote:

Vlad/Derek,


Just following up on this email. I was truly hoping to get a quick response from you so that we could pave a path forward regarding customer reviews. If you are not interested in this any longer, please let me know so that we can research alternate ways to request reviews from our customers however, I would still like to address the information that is no longer correct on your article about GOLO. I look forward to hearing from you soon.


**From:** Eden Covington <eden@golo.com>
**Sent:** Tuesday, January 31, 2017 12:35 PM
**To:** 'Highya.com' <hi@highya.com>
**Cc:** Derek Lakin <derek.lakin@highya.com>
**Subject:** RE: Golo Reviews at HighYa.com
**Importance:** High


Vlad/Derek,

1

Good afternoon! Thank you again for the call and the offer to update your article on GOLO. We sent out an email on 1/28 directing some customers to your site to do reviews. I have personally received emails from 5 people who have done reviews however I don't see them up on the site yet. How long does that normally take? Once we can see that reviews are being posted, we plan to start sending out regular emails requesting reviews.

As far as the changes go, the first thing that we would like to ask is this:  When a customer searches for GOLO in their web browser they get this on your site: "GOLO Weight Loss Diet Reviews  - Is it a Scam or Legit?" This line we feel puts a negative spin on our product before they have even clicked the link.  There are so many weight loss companies that do bad business, but GOLO is different and we take pride in this fact.  For this reason we would be so appreciative if you could change the line to: "GOLO Weight Loss Diet Reviews – Does it really work?"

Secondly, this article was based on a really old version of our site.  We still focus on Insulin as an important hormone in regulating weight loss but we do not entirely focus on, nor did we really ever, Insulin Resistance.  Would it be possible for Derek to review the site now (including the "About GOLO" subpages) and re-write the article? I would be more than happy to answer any questions that he might have.  We could set up a call whenever you are ready.  And then we would like to read it when you are done before you publish.  :)

Again, we are so happy that you reached out to us and we look forward to a mutually beneficial relationship.  I look forward to hearing from you soon.

Thank you,

**Eden Covington**

Office: 302-781-4262

**GOLO, LLC**

www.golo.com



#1 searched diet on Google in 2016

**Follow us on** f 📷 🔗 t 📌 📺

***CONFIDENTIALITY NOTICE***

*This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox*

**From:** Highya.com [mailto:hi@highya.com]
**Sent:** Wednesday, January 11, 2017 4:58 PM
**To:** Eden Covington <eden@golo.com> <eden@golo.com>
**Cc:** Derek Lakin <derek.lakin@highya.com>
**Subject:** Golo Reviews at HighYa.com

Hi Eden,

Thanks for today's call. It was a pleasure speaking with you and Jen Brooks!

It's great to hear that GOLO is the #1 searched Diet on Google for 2016. Between February 2016 and now, the GOLO Review page had a total of 892,990 pageviews, with the vast majority taking place between June 2016 - October 2016. Based on those pageviews, the average time spent amongst the readers on your Golo page was 6 minutes and 19 seconds.

We hope to be your premier review partner, a site that you can trust for the right PR and consumer reviews that will help with sales due to the positive experiences. This is no sales pitch.

Meet Derek, our senior editor who wrote the Golo piece a while back. I'm CC'ing him. Please let us know what you would like updated, whether it's informational and/or certain articulation.

Regarding PopSugar (www.popsugar.com/fitness/What-GOLO-Diet-42858470), we appreciate the consideration of informing them to update the factually inaccurate information stating *"Consumerscompare.org noted that they also have not been able to find customers outside of company-controlled websites to ask."*.

Perhaps it could link to show HighYa as being pretty much the only legit one, which is true when comparing all the other sites that rank in the first couple pages for numerous Golo-related key search phrases in Google.

In the meantime, let us know if you have any other questions.

My Best,
Vlad, www.highya.com

▪

--
Derek Lakin
Senior Editor - HighYa.com
derek.lakin@highya.com

EXHIBIT C

6/6/2017.

nimbus screenshot app

**BrightReviews**  

| BEAUTY | BUSINESS & FINANCE | CHILDREN | HEALTH & FITNESS | HOME & GARDEN | KITCHENWARE |

# GOLO Weight Loss Diet Reviews

   4 reviews

Category: Health & Fitness
Tags: Weight Loss and Diets
Url: www.golo.com

[WRITE A REVIEW]

 

## About GOLO Weight Loss Diet                Share 🅕 🆈 🅖

How'd you like to—finally—achieve effective, lasting weight loss results?

With the GOLO Diet plan, instead of counting calories, the company's website claims you'll be able to optimize your insulin, thereby helping you effectively lose weight and improve your health.

In fact, according to the results of GOLO's in-house 90-day study, participants:

- Lost an average of 21 pounds over 90 days
- Women lost an average of 2 dress sizes
- Men lost an average of 3 pant sizes
- Combined, participants lowered their metabolic age by an average of 8 years

How'd they accomplish all this?

Based on seven years of research and development by a team of doctors and pharmacists, GOLO is a three-tier solution that promises to help dieters lose weight, without starving or compromising health.

This involves their proprietary Release supplement, their Metabolic Matrix meal plan, and easy strategies to address behaviors that can lead to emotional and stress eating. And with your MyGOLO.com membership for support, their site claims GOLO gives you everything you need to succeed and never diet again.

Worried that GOLO isn't for you? According to the company, their diet plan is perfect for anyone trying to lose weight and improve their health, while helping you save thousands of dollars on your annual food bill, compared to buying meal replacement bars and shakes.

Right now, you're probably thinking, "Where has the GOLO Diet been my whole life?" Before buying, let's talk about what we learned during our research, starting with the concept of insulin optimization.

## Is There a Link Between Insulin Optimization & Weight Gain?

Produced by the pancreas, insulin is a hormone that helps muscle, fat, and liver cells absorb glucose (sugar), which then acts as energy to fuel the basic processes of life. Without insulin, glucose just floats around inside our blood, and if levels get high enough, a condition known as hyperglycemia can occur.

Over time, if your blood sugar levels remain elevated long enough (along with other factors like genetics, eating too many processed carbohydrates, and excessive calories), the pancreas can reduce or stop insulin production, leading to

### Related Products



**Wonder Core Smart**

Wonder Core Smart is a small resistance-based exercise machine that the makers claim focuses on your core (i.e. your abs) with "laser-like" precision. They say you can use it in 8...



**Portion Controller**

Portion Controller is a belt you wear just above the belly button that the makers say will automatically control how much you eat, relating you shed fat. This is because they claim the Portion...



**Slim 24 Seven**

Slim 24 Seven is a transdermal patch you wear on your bellybutton that the manufacturers claim will be absorbed by the skin, blocking and breaking down fat so you lose weight. They promise it s...

**NutriBullet RX**

NutriBullet RX is the latest compact high-intensity blender from NutriBullet that promises to extract nutrients better than a juicer and pulse are better than a regular blender. The main things that

prediabetes and diabetes, respectively.

In many instances, even before prediabetes or diabetes take hold, the muscle, fat, and liver cells can stop properly responding to insulin (whether it's in short supply or not), leading increased production to compensate. This is known as insulin resistance.

Insulin resistance is also thought to cause increased fat retention (which usually accumulates around the midsection), increased blood pressure, as well as higher triglyceride levels, which can lead to a condition known as fatty liver.

Clearly, if your body's not producing enough insulin, a lot of negative side effects can manifest. But, based on the verbiage on GOLO's website, while the term 'insulin resistance' is frequently referenced, their program is only **intended to address insulin maintenance**.

What's the difference? The GOLO Diet plan claims to help stabilize your blood sugar levels, and thereby your insulin, throughout the day. This is in contrast to actually improving the body's sensitivity to insulin, as in someone who's experiencing insulin resistance.

With this important distinction in mind, we didn't encounter any clinical evidence on leading medical websites like the National Institutes of Health that directly linked insulin management (or "optimization," as frequently referenced by GOLO) and weight loss.

Nonetheless, exactly how does the GOLO Diet promise to help you optimize your insulin?

## How Does the GOLO Diet Plan Address Insulin Optimization?

Overall, there are three main components to the GOLO program:

### Release Supplement

Developed over the course of five years, GOLO's Release supplement promises to help manage and control insulin by optimizing its performance and increasing cell receptor sensitivity. Even claiming to provide "'insulin-like' activity [that] stands in for insulin when insulin is not functioning normally."

On their site, the company also claims that Release will provide "powerful metabolic support" while your body is in the process of healing metabolic dysfunction, help you feel better, and eliminate hunger and cravings.

And all of this without depriving and isolating yourself, counting calories, or eating fake food.

Take one softgel three times daily in the middle of each meal (not before), and within the first two days, the GOLO website tells us you could experience a noticeable reduction in hunger and cravings and reduced stress and anxiety.

By 30 days, they claim you can experience more energy and vitality, look and feel better, and even find yourself finally free from conventional dieting.

This is said to be accomplished using the following all-natural, plant-based ingredients:

- Magnesium (as magnesium oxide) 30 mg
- Zinc (as zinc oxide) 5 mg
- Chromium (as chromium nicotinate glycinate) 70 mcg
- **Proprietary Blend** 405mg: Banaba Extract (Lagerstroemia speciosa, leaf), Inositol, Rhodiola Extract (Rhodiola rosea, root), Berberine HCl (from Berberis vulgaris), Gardenia Extract (Gardenia jasminoides, fruit), Salacia Extract (Salacia reticulata, bark), Apple Extract (Malus pumila, fruit)

According to websites like Examine.com and WebMD, there exists moderate clinical evidence that magnesium may cause some reduction in blood glucose in

diabetics and those with elevated glucose. However, they're careful to point out that, "The reduction in glucose is not overly impressive and is somewhat unreliable."

Examine.com also notes there's a high level of clinical evidence that zinc can help improve insulin sensitivity, but only in "obese persons who may have been zinc deficient."



## 3 Foods to Throw Out

Cut a bit of belly bloat each day, by avoiding these 3 foods



They tell us that chromium appears to cause a mild reduction in fasting blood glucose in type 2 diabetics, although no apparent changes in insulin sensitivity, and only for diabetics. There is also some clinical evidence that banaba might reduce blood glucose, but Examine.com categorizes the quality of evidence as low, citing "uncontrolled or observational studies only."

These sites indicate there is a high consistency among between two and four studies that berberine may reduce blood glucose (comparable to the prescription drugs Metformin or Glibenclamide), reduce fasting insulin, and improve insulin sensitivity.

There is also varying levels of clinical evidence for inositol and its ability to improve blood glucose, insulin levels, and insulin sensitivity, although all reported studies were for women suffering from polycystic ovarian syndrome, or PCOS.

Finally, authoritative websites tell us that salacia is thought to help decrease blood glucose levels by inhibiting carbohydrate absorption.

Even among these ingredients with strong clinical support, though, it's important to keep in mind that nearly all are part of Release's proprietary blend. As a result, we can't know if it contains enough to deliver benefits.

## Potential Side Effects Related to Release

The GOLO website tells us that there are no known side effects or drug interactions caused by the Release supplement, and that it's safe to take with prescription medications. Although the company recommends avoiding it if you're pregnant or breastfeeding.

GOLO tells us that you can even adhere to the diet plan if you have health issues like high blood pressure, high cholesterol, high blood sugar levels, or you're pre-diabetic or type 2 diabetic. However, they recommend getting blood work done in advance.

## Metabolic Fuel Matrix Meal Plan

Referenced on their website as the "easiest eating plan you will ever follow," Metabolic Fuel Matrix is a patented, personalized program that promises to teach you how to give your body what it needs to promote weight loss, while still enjoying the foods you love.

With the Metabolic Fuel Matrix meal plan, GOLO claims you'll be able to pick the foods you want from their weekly meal plans—including whole foods like butter, eggs, meats, fruits, and vegetables, as well as grains like pasta and bread—while helping to ensure the whole family can eat the same foods.

Not sure where to begin? On their website, GOLO claims they'll help you select the best foods for you based on your energy needs, provide complete shopping lists, and outline correct portion sizes and the exact amount of protein, fat, and

carbohydrates you require, without spiking insulin or storing fat.

Together, the company claims you'll be able to lose weight without hunger or cravings, while their step-by-step instructions will guide you and show you how to prepare meals in minutes. You'll also be given the tools you need to help maintain a healthy lifestyle over the long term, without feeling deprived or isolated from others.

Combining this meal plan and the Release supplement, GOLO tells us that you can expect to lose about 1-2 pounds per week, on average.

**MyGOLO.com Membership**

Along with the Release supplement and Metabolic Fuel Matrix Meal Plan, you'll receive a free 1-year membership to MyGOLO.com, where the company tells us you'll be able to connect with GOLO coaches seven days per week, track results (no indication as to specifically what you'll be tracking), get new recipes, and read the latest health tips.

MyGOLO.com is where you'll access the recipes, weekly meal plans, and printable shopping lists mentioned in the previous section. Further, GOLO offers special edition seasonal menus there, along with dining out restaurant cards and a 7-Day Kickstart Plan to set you off on the right foot.

Now that we've thoroughly covered the three main parts of the GOLO Diet, let's find out if there's any support for the company's claims.

## GOLO Diet Clinical Trials

On the Clinical Studies page of GOLO's website, they provide a brief summary of three company-sponsored studies to support their claims:

1. **October 2010 Study Measuring Weight, BMI, Body Fat, Visceral Fat, & Metabolic Age** – Among 35 volunteers (11 male and 24 female), all of which were classified as overweight or obese, they lost an "average of 20.6 pounds in 90 days and 30.0 pounds over 6 months or an average of 1.58 pounds and 1.19 pounds on average per week."

2. **90-Day & 26-Week Studies** (specific dates unknown) – Participants lost between 25 and 28.4 pounds on the complete program, which was 16-17 pounds more than the control group, along with 3.4 more inches around the waist.

While these certainly seem positive, we think there are a couple of important points to quickly outline:

First, we're not told in any of these study summaries exactly how GOLO helped address participants' insulin optimization, so we can't know if this aspect is what resulted in their weight loss.

Second, the 2010 study appears to have been performed with diabetics, not otherwise healthy individuals looking to optimize insulin. And based on the claims made on their website, this seems to be their target market.

Finally, none of these studies were indicated to have been peer reviewed for accuracy, and we're told very little about the controls used or what (if any) data was excluded.

## How Much Does the GOLO Diet Cost?

The three-part GOLO Diet Rescue Plan can be purchased in three different quantities:

* **30-Day Supply**: $49.95
* **60-Day Supply**: $69.90
* **90-Day Supply**: $89.85

Each order will include the GOLO Rescue Plan, the Metabolic Fuel Matrix eating plan, the Tooth handbook, a 30-day, or 60, or 90 day supply of two Release

plan, the main booklet, a 30-day (or 60- or 90-day) supply of the Release supplement, and a free 1-year membership to MyGOLO.com.

If you choose, you can place an order for the GOLO Perfect 5 fitness book and two resistance bands, which delivers "5 exercises in 5 minutes for great results" This is priced at $29.95

Unlike many other supplements, you won't have to worry about any automatic recurring shipments with GOLO. In other words, if you want more Release supplement, you'll have to place a new order

All GOLO purchases come with a 60-day refund policy, less S&H charges. To request one, customer service can be reached at 800-730-GOLO (4656) or support@golo.com

Alright, GOLO seems reasonably priced. Are real-world customers finding the diet plan to be a solid value, though?

## Are There Any GOLO Diet Plan Reviews?

Since writing our original article, four Bright Reviews readers had provided their feedback about the program, giving it an average rating of about two stars. One customer reported excellent weight loss and waist-reduction results, while the remaining three referenced no results—two even claimed to have gained weight.

Obviously, we can't know for sure if GOLO had anything to do with this, we're simply reporting the facts.

Outside of this, the only reviews we found for the GOLO Diet were on HighYa.com, where 24 customers had given it an average rating of 2.8 stars at the time of this writing.

Again, while several claimed to have experienced meaningful weight loss (especially those who were unable to lose with other programs), most complaints seemed related to no results. Other common complaints referenced customer service difficulties, although a company representative often responded quickly.

As a company, GOLO, LLC had an A- Better Business Bureau at the time of our research (3/16/17), with three closed complaints. Unfortunately, no complaint details were available.

## About the Team Behind GOLO Diet

Dr. Keith Ablow is a board certified psychiatrist who specializes in self-esteem, depression and anxiety issues, and is an expert witness in legal cases involving psychiatric issues. According to his website, Dr. Ablow is also a frequent FOX News contributor, author of nine different books, contributing editor at *Good Housekeeping*, and obviously, the creator of the GOLO Diet.

Previously, Dr. Ablow graduated from Brown University and Johns Hopkins School of Medicine, and even served as an assistant clinical professor at Tufts University School of Medicine.

**Important note.** Keep in mind that Dr. Ablow did not create the GOLO Diet, which was developed by Dr. Conrad Smith and Marlaan Du Pless s. Instead, he acts as the program's spokesperson.

Dr. Terry Shirvani, who also frequently appears in videos on the GOLO website, holds a degree in Chinese Medicine from Pacific College of Oriental Medicine, along with a doctorate in Naturopathic Medicine from National College of Natural Medicine

President Jennifer Brooks received training in several disciplines, including Holistic Nutrition, Mind Body Transformational Psychology, and Fitness Nutrition, from the Southwest Institute of Healing Arts.

## Bringing it Home About the GOLO Diet

Considering everything we've discussed, will GOLO help you reach your weight

loss goals?

It's our opinion that the details provided on GOLO's website about their Metabolic Fuel Matrix eating plan are slim. But given what we are told, it seems reasonable to believe that—like much of the competition—its focus on helping you learn to eat a well rounded diet, full of all the necessary nutrients and minerals, could help set you up for long-term weight loss results.

In addition, sites like WebMD and Examine.com report that the salacia and berberine found in GOLO's Release supplement might help reduce blood glucose through different mechanisms.

But the reported clinical evidence for its other ingredients seems related to those with specific conditions, like diabetes, polycystic ovarian syndrome, and those who are zinc deficient.

Also, remember that a combination of diet and exercise is important in not only achieving your weight loss goals, but also maintaining them for the long term.



**Flush the bloat**

Cut a bit of belly bloat each day by avoiding these 3 foods

## 4 Reviews for GOLO Weight Loss Diet

Sort by: **Date** | Highest Rated | Lowest Rated | Most Relevant

**Didn't work for me**

⭐   *Feb 28, 2017 | Sharon | Boston, MA*

I have been taking GOLO for almost a month and despite eating quite a bit less and exercising more than I did before, I have only lost about 2 pounds, which I attribute to eating less and exercising more. I cannot recommend this product.

**Bottom Line:** No, I would not recommend this to a friend.

Helpfulness that we exclude for reviews

Was this review helpful? 👍 178   👎 146   24 out of 24 people found this helpful

Comment | 💬

**GOLO works when not even lap band surgery did - Thanks Team GOLO!**

⭐⭐⭐⭐⭐   *Jan 26, 2017 | Margaret | Houston, TX*

I have metabolic syndrome, insulin resistance, fatty liver, pre-diabetic, among other issues. I even went so far as to get a lap band, as I was told I would have 10 years to live thanks to fatty liver. I lost a whole 10-15 lbs. with the lap band, I had it 2.5 years or so, and had it removed as an epic failure. I had genetic studies done that show I am not programmed to snack. I eat moderately healthy.

The bariatric surgeon that removed the band told me to go Paleo, and that no lap band or other surgery would help metabolic syndrome. So I found GOLO and gave it a solid shot. I took body measurements, followed it for a week to 10 days just to see, went online and found I had the metabolic age of a 71 year old when I was only 54 (I had a hysterectomy at 28, so my being "older" than my years jived with what I was seeing in me).

I lost literally over 10 inches off my belly alone in that one week or so. I lost over an inch off my upper arms, and more inches all over. I lost over 25 inches off my entire body in that week or so. I lost some weight - yes, but the inches... now that was something. I had some things occur like job loss etc. that stopped my diligence to the meal plan and GOLO (ok so the paperwork got packed as I had to put my home on the market).

You know what was amazing - my belly and the other inches stayed down for months. I sold my home, found a job, and ordered more GOLO! I am back to see a new me emerge. I have had to modify the meal plan, but I remembered the strategy of breakfast being 2 carbs, 2 proteins, 1 veg and one fat. As the day goes, the components shift to more veg/protein and less carbs. It follows that old rule - Eat like a King at breakfast, a Prince at lunch, and a Pauper at dinner (its just dinner for GOLO is 2 veg, 1 carb, and 1 or 2 protein. The other thing is that I am forced to snack, they recommended moving something from a meal and save it for snack. So I try to move the veg from breakfast to mid-morning - and move something from lunch for mid afternoon snack. this does seem to help my blood sugar keep steady.

Good luck - their website is very helpful and responsive if you have questions. We all know what we are supposed to eat - fast food and fake foods are off the list - so in a sense this plan is somewhat Paleo friendly. You are allowed Multi grain bread, that is the somewhat part - but the real food, fruits, veggies, meats, etc. avoiding the high starch or fat options, and limit dairy - it is totally doable for many - I use Sunday for meal prep so I can grab and go during the week.

**Bottom Line:** Yes, I would recommend this to a friend

This user found this review helpful

Was this review helpful?  YES  NO  *19 out of 24 people found this helpful*

Comment | 👍 0

---

▷ ×

## Product Testers (Wanted)



**Test the latest Skin Cream Products FREE**
*Limited Supply*

**Get My Free Samples →**



Dealio.is

---

### Noticed nothing after 4 weeks

⭐          *Jan 19, 2017 | Karen | Indiana*

I've been on GOLO for 4 weeks now. I'm 40 years old and also started my 9-year-old and we noticed nothing. If anything, I've gained weight in the belly area. I feel more tired. I'm going to continue using it until it's gone.

**Bottom Line:** No, I would not recommend this to a friend

This user found this review helpful

Was this review helpful?  YES  NO  *15 out of 19 people found this helpful*

Comment | 👍 0

---

### Gain weight

⭐          *Jan 5, 2017 | Mark Walker | Stillwater, MN*

I tried Golo. Went through a whole bottle. Instead of losing weight I gained 30 lbs. and my blood sugar number went up 25 points.

**Bottom Line:** No, I would not recommend this to a friend

6/6/2017                                    nimbus screenshot app

Was this review helpful?

## Write a Review

Rating*                          *Please Rate Your Experience*

Name*

Email*

Location

Review Title*

Your Review*

Bottom Line*

POST IT

### BrightReviews