IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOLO, LLC<br><br>    Plaintiff,<br><br>v.<br><br>HIGHYA, LLC and BRIGHTREVIEWS,<br><br>    Defendants. | Civil Action<br><br>No. 2:17-cv-02714-GAM |

## DEFENDANTS' MOTION TO DISMISS

Defendants HighYa, LLC and BrightReviews, LLC (collectively, "Defendants") hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Amended Complaint of Plaintiff GOLO, LLC with prejudice for failure to state a claim upon which relief can be granted. In support of their motion, Defendants rely on the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Court enter an order granting the Motion to Dismiss and dismissing the Amended Complaint with prejudice.

Dated: September 25, 2017

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By:   */s/ Paul Safier*
    Paul Safier (No. 209154)

1760 Market Street, Suite 1001
Philadelphia, PA 19103
Tel: (215) 988-9778
Fax: (215) 988-9750
Email: psafier@lskslaw.com

*Attorneys for Defendants HighYa and LLC,
BrightReviews, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of September, 2017, I caused a true and correct copy of Defendants' Motion to Dismiss, and all supporting papers, to be served via ECF upon all counsel of record.

      By: */s/ Paul Safier*
          Paul Safier (No. 209154)