**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GOLO, LLC, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action |
| | : | No. 17-2714 |
| HIGHYA, LLC; and BRIGHTREVIEWS, LLC, | : | |
| | : | |
|     Defendants. | : | |

## **ORDER**

This 4th day of May, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 16), and the subsequent briefing (ECF Nos. 18, 19, 21, 23, 24), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 14) is **DISMISSED**, without prejudice.

                                                                     /s/ Gerald Austin McHugh
                                                              United States District Judge