### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLO, LLC, | : | |
|         Plaintiff, | : | |
| | : | |
| v. | : | Civil Action |
| | : | No. 17-2714 |
| HIGHYA, LLC; and BRIGHTREVIEWS, LLC, | : | |
| | : | |
|         Defendants. | : | |

### ORDER

This 27th day of June, 2018, upon consideration of Plaintiff's Motion to Alter or Amend Judgment and for Leave to Amend (ECF No. 27), and the subsequent briefing (ECF Nos. 29, 30, 32), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** in its entirety. The proposed amendment would be futile.

It is further **ORDERED** that Defendant's Motion for Attorney's Fees (ECF No. 29) under 15 U.S.C. § 1125(a) is **DENIED in part,** to the extent that the motion seeks fees based upon Plaintiff's allegations in the Complaint and Amended Complaint. As to the remainder of the motion, seeking fees based upon Plaintiff's Motion for Leave to Amend, oral argument is scheduled for **July 17, 2018**, at **1:30 p.m.**, in Courtroom 9-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

                                                           /s/ Gerald Austin McHugh
                                                      United States District Judge